United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL C. DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO JAIL,<br><br>    Defendant.<br>_____/ | No. 14-3063 RS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATED CASE** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward Chen for consideration of whether the case is related to case 14-cv-1468-EMC.

IT IS SO ORDERED.

Dated: 7/8/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE