DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
REBECCA A. BERS, State Bar #287111
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4224
Facsimile:    (415) 554-3837
E-Mail:       rebecca.bers@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL C. DAVIS, | Case No. C14-1468 EMC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| vs. | |
| SANTA RITA JAIL, et al., | |
| Defendants. | |

1  Plaintiff MICHAEL C. DAVIS and Defendant CITY AND COUNTY OF SAN FRANCISCO
2  by and through their respective counsels, jointly stipulate as follows:
3  On May 6, 2015, Plaintiff filed a Third Amended Complaint against Defendants. The parties
4  have agreed to a ten day extension for Defendant to respond to Plaintiff's Third Amended Complaint.
5  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant,
6  through their undersigned counsels of record: Defendant CITY AND COUNTY OF SAN
7  FRANCISCO'S Answer to Plaintiff's Third Amended Complaint is now due on June 1, 2015.
8  IT IS SO STIPULATED.
9  Dated: May 21, 2015

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
REBECCA A. BERS
Deputy City Attorney

By: /s/ Rebecca A. Bers
REBECCA A. BERS

Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: May 21, 2015

JOHN E. STRINGER, ESQ.

By: /s/ John E. Stringer, Esq.
JOHN E. STRINGER

Attorney for Plaintiff
MICHAEL C. DAVIS

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

**IT IS SO ORDERED**
Judge Edward M. Chen