S. D. Narayan, Esq. (SBN 130964)
THE NARAYAN LAW FIRM
24301 Southland Drive, 212B
Hayward, California 94545
Telephone: (510) 839-5350
Facsimile: (510) 838-5355
Attorney for Defendants
Santa Rita Jail and County of Alameda

Rebecca Ann Bers, Esq. (SBN 287111)
SAN FRANCISCO CITY ATTORNEY'S OFFICE
1390 Market St., 6th Floor
San Francisco, CA 94102
Telephone: (415) 554-4224
Facsimile:  (415) 554-4745
Attorney for Defendant San Francisco Jail

John E. Stringer, Esq. (SBN 194556)
LAW OFFICE OF JOHN E. STRINGER
259 Oak Street
San Francisco, CA 94102
Telephone:  (415) 934-1827
Facsimile:  (415) 934-0899
Attorney for Plaintiff Michael Davis

**GRANTED**
Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MICHAEL C. DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>SANTA RITA JAIL,<br><br>        Defendant. | Case No. C 14-01468 EMC (MEJ)<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Action Filed:  March 31, 2014<br>Trial Date:     None |

## STIPULATION

Plaintiff MICHAEL C. DAVIS and Defendants SANTA RITA JAIL, COUNTY OF ALAMEDA, and SAN FRANCISCO JAIL by and through their respective counsels, jointly stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their undersigned counsels of record: The Settlement Conference with Honorable Maria-Elena James scheduled for August 12, 2015 at 10:00 a.m. in Courtroom B of the U.S. District Court, Northern District of California located at 450 Golden Gate Ave in San Francisco, California is continued to November 13, 2015 at 10:00 a.m. at the same location.

IT IS SO STIPULATED.

Dated: August 4, 2015

THE NARAYAN LAW FIRM

S. D. Narayan, Esq.
Attorney for Defendants
Santa Rita Jail and County of Alameda

Dated: August 7, 2015

SAN FRANCISCO CITY ATTORNEY'S OFFICE

Rebecca Ann Bers, Esq.
Attorney for Defendant
San Francisco Jail

Dated: August 7, 2015

LAW OFFICE OF JOHN E. STRINGER

John E. Stringer, Esq.
Attorney for Plaintiff
Michael Davis

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
File No: CA-2258       C 14-01468 EMC (MEJ)