UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA RITA JAIL, et al.,<br><br>    Defendants. | Case No.  14-cv-01468-EMC   (SK)<br><br>**ORDER REGARDING DISCOVERY DISPUTE BETWEEN PLAINTIFF AND DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**<br><br>Regarding Docket No. 65 |

On October 13, 2015, Defendant City and County of San Francisco filed a letter regarding a discovery dispute. (Dkt. No. 65) On October 26, 2015, after this matter was referred to the undersigned for discovery, the Court issued a Notice of Referral. The Notice advised the parties of the need to meet and confer and to submit a joint letter brief on any outstanding discovery disputes. To date, the parties have not submitted a joint letter brief or advised the Court regarding the status of the dispute.

Defendant shall inform the Court by no later than November 4, 2015 as to whether the dispute raised in their letter has been resolved. If the dispute is still outstanding, the parties are HEREBY ORDERED to meet and confer in person by no later than November 10, 2015 and shall file a joint letter brief by no later than November 13, 2015 regarding the issues that they could not resolve. The parties are admonished that failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED**.

Dated: November 1, 2015

SALLIE KIM
United States Magistrate Judge